UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| O'NEILL GILBERT | CIVIL ACTION |
| VERSUS | NO. 10-2920 |
| THE TULANE UNIVERSITY OF LOUISIANA AND THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | SECTION "N" (1) |

## ORDER AND REASONS

Presently before the Court is Defendants' motion seeking dismissal, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, of Plaintiff's claims for punitive damages. For essentially the reasons stated in Defendants' supporting memoranda (Rec. Docs. 30-1 and 34), **IT IS ORDERED** that the motion (Rec. Doc. 30) is **GRANTED**.

New Orleans, Louisiana, this 9th day of April 2012.

KURT D. ENGELHARDT
**United States District Judge**